IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00730 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION TO SUBSTITUTE ATTORNEY BY DEFENDANT GUEVARA** |
| ANGEL NOEL GUEVARA, | |
| Defendant. | |

Defendant Angel Noel Guevara moved for an order to relieve his CJA-appointed attorney Harris Taback and replace him with a new CJA-appointed attorney. His motion is **GRANTED IN PART**. Another CJA-appointed attorney shall be appointed to represent defendant Guevara as soon as possible. Although it is possible that defendant Guevara will have to be tried with the second group of RICO defendants in this matter in January 2011, the new attorney should ideally be ready for trial with the first group of RICO defendants beginning September 13, 2010. Attorney Taback shall also remain on the case for the time being. After a period of overlap for the newly-appointed attorney to come up to speed, Attorney Taback shall be relieved by further

order. An ID of newly-appointed counsel shall be held before Magistrate Judge Larson on **JUNE 1, 2010.** If new counsel is appointed sooner, the parties may agree to an ID of counsel at an earlier date.

**IT IS SO ORDERED.**

Dated: May 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE