IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE ORIGINAL PHOTOGRAPHIC LINE-UPS SOUGHT BY DEFENDANT ANGEL NOEL GUEVARA** |
| ANGEL NOEL GUEVARA, *et al.*, | |
| Defendants. | |

Counsel for defendant Angel Noel Guevara has filed a motion to compel seeking the ability to inspect the original photographic line-ups shown to the victims and witnesses of the stabbing incidents that occurred on December 26, 2007 (Dkt. No. 2334). The motion has been noticed for hearing on October 19. The government is to bring the original photographic line-ups to the hearing. Witness identification information may be redacted or otherwise covered.

**IT IS SO ORDERED.**

Dated: October 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE