RICHARD E. WINNIE [68048]
County Counsel
By: Beatrice Liu [165568]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
Attorney for County of Alameda

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| United States of America,<br>           Plaintiff,<br>v.<br>Angel Noel Guevara, et.al.,<br>           Defendant. | Case No.: CR 08-00730 WHA<br><br>**STIPULATION AND PROTECTIVE ORDER RE RECORDS OF ROBERT MCGRORY**<br><br>Courtroom: 9<br>Judge: The Honorable William Alsup<br>Trial Date: March 7, 2011 |
|---|---|

On or about November 23, 2010, the Alameda County Sheriff's Office's custodian of records received a subpoena from Defendant Angel Noel Guevara which requested the confidential and privileged personnel files of Alameda County Sheriff's Deputy Robert E. McGrory (#204401). The Attachment to the subpoena described six (6) categories of *Henthorn/Pitchess* materials reflecting, inter alia, complaints by citizens or other police officers, reprimands and/or disciplinary action related to (1) fabrication of facts and evidence; (2) racial bias; (3) improper searches or seizures; (4) improper interrogations; (5) unlawful use of controlled substances or consumption of alcohol while on duty; and (6) dishonesty.

In accordance with this court's "Order Re Defendant Guevara's Sixth Ex Parte Application for Issuance of Subpoena" filed under seal on October 28, 2010 directing

Alameda County Sheriff's Office to produce any responsive documents to the Court for an *in camera* review, the Alameda County Sheriff's Office custodian of records will produce personnel records of Deputy Robert McGrory to the Deputy Courtroom Clerk of the Court by January 8, 2011. In further compliance with this court's order, Alameda County Sheriff's Office and Defendant Angel Noel Guevara, through their respective counsel, Beatrice Liu, Deputy County Counsel, and Lupe Martinez and Jennifer Naegele, agree and stipulate to the following protective order in the event the Court determines that any documents will be disclosed to the defendant.

In order to protect the sensitive and confidential information and records from unwarranted disclosure, and to protect the privacy rights of Deputy McGrory, it is hereby stipulated and agreed as follows:

### PROTECTIVE ORDER

1.  The Court shall conduct an *in camera* review of the documents produced by the Alameda County Sheriff's Office. After completion of such review, if the Court determines that certain confidential information and documents respecting the personnel records produced are to be disclosed to defense counsel, such disclosure shall be subject to this Protective Order.

2.  The attorneys for Angel Noel Guevara shall personally secure and maintain the protected documents in their possession to the end that said protected documents are to be used only for the purposes set forth below and for no other purpose.

3.  The protected documents shall be used only in preparation for and in the prosecution or defense of this case, pending completion of the judicial process, including appeal. The protected documents will remain protected from disclosure after completion of the judicial process in this matter. All documents, if filed with the Court, shall be filed under seal absent a court order with notice to all parties. All documents

produced pursuant to this Order shall be returned to the court under seal at the conclusion of these proceedings.

4. Protected documents shall not be disseminated publicly. Under no circumstances shall the confidential peace officer personnel record information and documents ordered disclosed by this Court be used in any proceeding other than this action, *United States of America v. Angel Noel Guevara, et al.*, Case No. CR-08-0730-WHA.

5. Protected peace officer personnel record information and documents shall not, either orally or by writing, be inputted into any file, computer program, or database, or listed manually in any file, manual, notebook, listing, or other writing as it pertains to law enforcement personnel, except any computer program or case file, manual, notebook, listing or other writing maintained specifically for this action, *United States of America v. Angel Noel Guevara, et al.*, Case No. CR-08-0730-WHA.

6. The attorneys for the defendant Angel Noel Guevara, including any and all investigators, paralegal assistants or other consultants or agents hired to assist the attorneys for the parties in this action, shall at all times maintain the confidentially of all peace officer personnel record information and documents ordered disclosed. No one shall copy or divulge said information, either in writing or orally, to anyone not having a need to, or access to, said information for any purpose whatsoever.

7. At the conclusion of this action, and in order to allow defendant to exhaust his right to appeal and/or pursue any habeas corpus action, the attorneys for the parties shall either destroy, or return to the Alameda County Sheriff's Office within one (1) year after judgment is final, all originals or copies of all confidential peace officer personnel documents and materials ordered disclosed by this Court, including without limitation, any delivered by the attorneys for the parties to any third party agent.

8. Each person receiving a copy of a protected document shall, before being given a copy, shall be given a copy of this Protective Order and a compliance agreement (in the form attached hereto as Exhibit "A") and shall execute the

compliance agreement, and return the original of the compliance agreement to the attorney who gives him/her the copy of the protected document(s). It shall be the responsibility of the respective attorneys to distribute compliance agreements, and then collect and maintain custody of the executed originals of the compliance agreements. At the conclusion of the legal proceedings in this matter, each person who has received a copy of protected documents shall return all such protected documents to the attorneys for the party who gave him/her the copy of the protected documents.

9. Disobedience of this Protective Order may be treated as a Contempt of Court.

**IT IS SO STIPULATED.**

Dated: December 13, 2010

*/s/ Lupe Martinez*
LUPE MARTINEZ
JENNIFER NAEGELE
Attorneys for Defendant Angel Noel Guevara

DATED: December 21, 2010

RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

By */s/ Beatrice Liu*
Beatrice Liu
Deputy County Counsel

Attorneys for County of Alameda

### ORDER

Based upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

Dated: January 3, 2011.

_____
The Honorable William H. Alsup
United States District Judge

# EXHIBIT A

## COMPLIANCE AGREEMENT

I, _____, do solemnly swear that I have received a copy of and am fully familiar with the terms of the Protective Order in the case *United States of America v. Angel Noel Guevara, et.al.,* Case No. CR-08-0730 WHA, and hereby agree to comply with and be bound by the terms and conditions of said Protective Order unless and until modified by further Order of the Court. I hereby consent to the jurisdiction of said Court for purposes of enforcing such Order.

Dated:_____

_____
Sign Name

_____
Print Name

_____
Address

_____
Telephone Number