Lupe Martinez, Esq. (CBN 49620)
Jennifer L. Naegele, Esq. (CBN 232643)
1010 West Taylor Street
San Jose, CA 95126
Tel (408) 971-4249
Fax (408) 286-5705
martinez-luna@sbcglobal.net
jnaegele@yahoo.com

Attorneys for Defendant
ANGEL NOEL GUEVARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 08-00730 WHA |
| | ) | |
| Plaintiff | ) | [~~PROPOSED~~] ORDER SEALING |
| | ) | SUPPLEMENTAL *EX PARTE* |
| vs. | ) | DECLARATION OF JENNIFER L. |
| | ) | NAEGELE IN SUPPORT OF MORIS |
| ANGEL NOEL GUEVARA, et al. | ) | FLORES'S MOTION TO CONTINUE |
| | ) | TRIAL |
| Defendants | ) | |
| _____ | ) | Judge: Hon. William H. Alsup |

GOOD CAUSE APPEARING,

IT IS ORDERED that the Supplemental *Ex Parte* Declaration of Jennifer L. Naegele in Support of Moris Flores's Motion To Continue Trial, lodged with the Court on January 12, 2011, shall be filed and remain under seal under further order of the Court, as it contains confidential information regarding the expenditure of CJA funds for a joint defense database.

Dated: January __18__, 2011  _____
WILLIAM ALSUP
United States District Judge

1