1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **No. CR 08-730 WHA** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| | ) | |
| IVAN CERNA, et al., | ) | |
| Defendants. | ) | |
| | ) | |

Upon consideration of the Government's Motion for Court-Ordered Mental Evaluation of

Defendants Lopez, Guevara, Cruz-Ramirez, and Portillo, any objection thereto, and for good

cause shown, pursuant to Fed. R. Crim. P. 12.2(c)(1)(B),

IT IS HEREBY ORDERED, that defendants Lopez, Guevara, Cruz-Ramirez, and Portillo

shall consent to a mental examination by qualified mental examiners hired by the government.

That the purpose of the examinations will be to determine whether any of the defendants was

suffering from a mental condition and, specifically, a mental condition during the times of the

offenses alleged in the Third Superseding Indictment. That the government's examiners shall be

given access to the defendants for that purpose at times and dates of the examiners' choosing, subject to the approval of the jail(s) in which defendants are currently housed.  That defendants' counsel shall not be permitted to be present during the examinations, but that the examinations shall be videotaped.  That the examiners shall prepare reports and disclose those reports to counsel for the government.

SO ORDERED, this _____21_____ day of _____January_____, 2011.

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE