Lupe Martinez, Esq. (CBN 49620)
Jennifer L. Naegele, Esq. (CBN 232643)
1010 West Taylor Street
San Jose, CA 95126
Tel (408) 971-4249
Fax (408) 286-5705
martinez-luna@sbcglobal.net
jnaegele@yahoo.com

Attorneys for Defendant
ANGEL NOEL GUEVARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ANGEL NOEL GUEVARA, et al. ) <br> ) <br> Defendants ) | No. CR 08-00730 WHA <br><br> [PROPOSED] ORDER SEALING DECLARATION OF JENNIFER L. NAEGELE IN SUPPORT OF DEFENDANT ANGEL GUEVARA'S JOINDER IN GOVERNMENT'S MOTION FOR CONTINUANCE OF TRIAL DATE <br><br> Judge: Hon. William H. Alsup |

GOOD CAUSE APPEARING,

IT IS ORDERED that the Declaration of Jennifer L. Naegele in Support of Defendant Angel Guevara's Joinder in Government's Motion for Continuance of Trial Date, lodged with the Court on February 14, 2011, shall be filed and remain under seal under further order of the Court, as it contains the name of a protected witness.

Dated: February 14, 2011

_____
WILLIAM ALSUP
United States District Judge

1