IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING MARCH 1 HEARING RE DEFENDANT ANGEL NOEL GUEVARA'S WITHDRAWN MOTION TO COMPEL** |
| ANGEL NOEL GUEVARA, *et al*. | |
| Defendants. | |

Pursuant to defendant Angel Noel Guevara's withdrawal of his motion to compel disclosure of witness names, addresses, and telephone numbers, the March 1 hearing on the motion is hereby **VACATED** (Dkt. Nos. 3454, 3583).

**IT IS SO ORDERED.**

Dated: February 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE