IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ANGEL NOEL GUEVARA<br><br>               Defendant. | No. CR 08-00730 WHA<br><br>[~~PROPOSED~~] ORDER SEALING DECLARATION OF LUPE MARTINEZ ATTACHING GOVERNMENT'S FEBRUARY 5, 2011 LETTER RE SF-1211<br><br>~~UNDER SEAL FILING~~ |

GOOD CAUSE APPEARING,

IT IS ORDERED that the declaration of Lupe Martinez and the Government's February 5, 2011 letter relating to CI 1211 shall be filed under seal.

Date: February 28, 2011.



HONORABLE WILLIAM ALSUP
United States District Judge