Lupe Martinez, Esq. (CBN 49620)
Jennifer L. Naegele, Esq. (CBN 232643)
1010 West Taylor Street
San Jose, CA 95126
Tel (408) 971-4249
Fax (408) 286-5705
martinez-luna@sbcglobal.net
jnaegele@yahoo.com

Attorneys for Defendant
ANGEL NOEL GUEVARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 08-00730 WHA |
| ) | |
| Plaintiff ) | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING *DAUBERT* HEARING FOR EYEWITNESS IDENTIFICATION EXPERTS TO MARCH 15, 2011** |
| ) | |
| vs. ) | |
| ) | |
| ANGEL NOEL GUEVARA, et al. ) | |
| ) | Judge: Hon. William H. Alsup |
| Defendants ) | |
| _____ ) | |

## STIPULATION

The Government and defendants ANGEL GUEVARA and GUILLERMO HERRERA, through their respective counsel, Lupe Martinez and Martin Sabelli, and the Government through Assistant United States Attorneys Wilson Leung and Wil Frentzen hereby agree and stipulate that, subject to the Court's approval, the *Daubert* hearing set for March 16, 2011 at 7:30 a.m. for the two eyewitness identification experts proposed by defendants Guevara (Deborah Davis, Ph.D.) and Herrera (Scott Fraser, Ph.D.) (see Docket No. 3522) be rescheduled for March 15, 2011 at 7:30 a.m.

It is further stipulated that the hearing will begin with Mr. Guevara's expert, Dr. Deborah Davis, at 7:30 a.m., to be followed by Mr. Herrera's expert, Dr. Scott Fraser. (Dr. Fraser is flying

into town that morning in order to conserve CJA resources and will be available to testify starting at 11:00 a.m.)

Counsel have met and conferred on this matter and represent to the Court that the experts' schedules make resetting the *Daubert* hearing to March 15, 2011 at 7:30 a.m. necessary.

IT IS SO STIPULATED.

Dated: March 1, 2011 /s/
_____
LUPE MARTINEZ
Attorney for ANGEL GUEVARA

Dated: March 1, 2011 /s/
_____
MARTIN A. SABELLI
Attorney for GUILLERMO HERRERA

Dated: March 1, 2011 /s/
_____
WIL FRENTZEN
WILSON LEUNG
Assistant United States Attorneys

## **ORDER**

By stipulation of the parties, and for good cause shown, it is hereby ordered that the *Daubert* hearing for the two eyewitness identification experts proposed by defendants Angel Guevara (Deborah Davis, Ph.D.) and Guillermo Herrera (Scott Fraser, Ph.D.) be scheduled for March 15, 2011 at 7:30 a.m.

IT IS SO ORDERED

DATED: _March 2_____, 2011    _____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE