IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al.*,

    Defendants.

/

No. CR 08-0730 WHA

**ORDER RE POST-EVIDENTIARY HEARING PROFFERS RE EYEWITNESS ID EXPERTS**

    As stated at the March 16 *Daubert* evidentiary hearing, any supplemental proffer by defendants Guillermo Herrera and Angel Noel Guevara regarding their eyewitness identification experts must be submitted by **FRIDAY, MARCH 25 AT NOON**. Any supplemental proffer by the government must be submitted by **WEDNESDAY, MARCH 30 AT NOON**. These additional submissions must be limited to subject matter that the proposed experts were prepared to testify about during the evidentiary hearing but which could not be reached due to time limits.

    **IT IS SO ORDERED.**

Dated: March 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE