IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al.*,<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE MOTION TO EXCLUDE TESTIMONY BY EYEWITNESS IDENTIFICATION EXPERTS** |

The government moves to exclude testimony by proposed eyewitness identification experts Dr. Deborah Davis and Dr. Scott Fraser (Dkt. No. 3371). After full consideration of the parties' submissions, argument at the pretrial conference, the testimony of the experts at the evidentiary hearing, and the supplemental proffers, the motion is **GRANTED IN PART**.

Dr. Scott Fraser's proposed testimony will be excluded in its entirety. Dr. Deborah Davis' testimony will likely be excluded, with some possible exceptions. Before making a final determination regarding the aspects of Dr. Davis' testimony that might be allowed, the Court will first consider the testimony of the relevant eyewitnesses and will make a decision after the government closes its case-in-chief. This will be a traditional Rule 403 determination, but the record will be better developed and the usefulness of Dr. Davis' testimony will be better assessed at that time.

A memorandum opinion will issue in due course. In the meantime, counsel shall not refer to eyewitness identification experts or the proposed testimony. Of course, counsel are free in

opening statements to refer to the possible reasons why an eyewitness identification may have been faulty.

**IT IS SO ORDERED.**

Dated: March 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE