IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.<br><br>Defendants. | No. CR 08-0730 WHA<br><br>**ORDER RE DEADLINES FOR FURTHER SUBMISSIONS RE MENTAL CONDITION AND EYEWITNESS ID EXPERTS** |

As stated during today's proceedings, the government's request for an extension to file its response to the submissions from defendants Jonathan Cruz-Ramirez and Erick Lopez regarding their proposed mental condition experts is **GRANTED**. The government will have until **MONDAY, MAY 23 AT 5 P.M.** to file its further declarations from Dr. Suarez and any briefing regarding the extent to which the proposed mental health expert opinions are relevant as guilt phase evidence. Defendants Cruz-Ramirez and Lopez will then have until **MONDAY, MAY 30 AT 5 P.M.** to file any response to the declarations from Dr. Suarez and briefing from the government.

Similarly, the government's request for an extension to file its response to defendant Angel Noel Guevara's further offer of proof from Dr. Deborah Davis is **GRANTED**. The government will have until **MONDAY, MAY 23 AT 5 P.M.** to file its response. Defendant Guevara will have until **FRIDAY, MAY 27 AT 5 P.M.** to file any reply.

**IT IS SO ORDERED.**

Dated: May 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE