IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING FOR MOTIONS TO WITHDRAW FILED BY COUNSEL FOR DEFENDANTS CRUZ-RAMIREZ AND GUEVARA** |
| JONATHAN CRUZ-RAMIREZ, *et al*. | |
| Defendants. / | |

A hearing will have to be held on the motions to withdraw filed by counsel for defendant Jonathan Cruz-Ramirez and counsel for defendant Angel Noel Guevara (Dkt. Nos. 5405, 5419). Given the size of the case and the burden that would be placed on any substitute counsel, a very good reason will be needed to permit withdrawal. Vast CJA sums have been spent on this case. A large part of this would be duplicated all over again if substitute counsel was appointed.

The hearing on the two motions will be held on **TUESDAY, DECEMBER 6 AT 1 P.M.** Any response by the government to the motions must be filed by **FRIDAY, DECEMBER 2 AT 5 P.M.**

**IT IS SO ORDERED.**

Dated: November 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE