IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING HEARING FOR MOTIONS TO WITHDRAW FILED BY COUNSEL FOR DEFENDANTS CRUZ-RAMIREZ AND GUEVARA** |
| JONATHAN CRUZ-RAMIREZ, *et al*. | |
| Defendants. | |

Due to counsel for defendant Jonathan Cruz-Ramirez's unavailability on December 6, the hearing on the motions to withdraw filed by counsel for defendant Cruz-Ramirez and counsel for defendant Angel Noel Guevara will be continued to **TUESDAY, DECEMBER 13 AT 1 P.M.**

The deadline for any government response to the motions will remain unchanged from the original December 2 deadline.

**IT IS SO ORDERED.**

Dated: December 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE