United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN CRUZ-RAMIREZ, *et al*.

Defendants.
                                                           /

No. CR 08-0730 WHA

**ORDER TO KEEP DEFENDANTS CRUZ-RAMIREZ AND GUEVARA IN DISTRICT UNTIL CONCLUSION OF DECEMBER 13 MOTION HEARING**

The United States Marshal Service shall keep defendants Jonathan Cruz-Ramirez and Angel Noel Guevara in this district at least through December 13 so that they will be available to attend the motion hearing scheduled on that date (Dkt. No. 5460).

**IT IS SO ORDERED.**

Dated: December 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE