IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN CRUZ-RAMIREZ, *et al*.

Defendants.

No. CR 08-0730 WHA

**ORDER RE REQUESTS TO PROCEED** *IN FORMA PAUPERIS*

Defendants Jonathan Cruz-Ramirez, Angel Noel Guevara, and Guillermo Herrera have requested permission to pursue their appeals *in forma pauperis*. In the undersigned's view, no additional authorization is needed for the defendants to proceed *in forma pauperis*, as all were appointed counsel under 18 U.S.C. 3006A and the circuit rules provide that any such person may proceed with his/her appeal without prepayment of fees and costs and without submission of the affidavit required by 28 U.S.C. 1915(a). *See* Circuit Rule 4-1.

In any event, this order reiterates that defendants Cruz-Ramirez, Guevara, and Herrera — all currently already represented by CJA attorneys — are indigent and should be permitted to proceed *in forma pauperis*, without having to pay fees and costs or security therefor.

**IT IS SO ORDERED**.

Dated: December 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE