**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>ANGEL NOEL GUEVARA,<br><br>Defendant/Appellant.<br>_____/ | No. CR 08-00730 WHA<br><br>**ORDER DENYING REQUEST FOR RELEASE OF JURY QUESTIONNAIRES AND WITNESS PHOTOGRAPHS TO APPELLATE COUNSEL** |

Defendants/appellants Jonathon Cruz-Ramirez, Moris Flores, Erick David Lopez, Angel Noel Guevara, Marvin Caracamo, Guillermo Herrera, and Danilo Velasquez, through their respective counsel, have submitted a stipulation and proposed order requesting access to the following sealed documents for review and copying: the photographs of the witnesses taken during the trial of this matter and the questionnaires prepared by each prospective juror. Pursuant to the stipulation, the parties agree that the documents would remain under the control of appellate counsel at all times and would not be disseminated. The stated reason for this request is that "the parties agree that access to the documents is necessary for defense counsel's effective representation on appeal" (Dkt. No. 5946). The parties do not state why access to these documents is "necessary" for defense counsel's effective preparation on appeal. The request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE