DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7234
    Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 08-CR-730-WHA |
| Plaintiff, | Stipulation and [Proposed] Order Resetting Status Hearing |
| v. | |
| ANGEL NOEL GUEVARA (3), MORIS FLORES (4), and GUILLERMO HERRERA (5) | |
| Defendants. | |

    Defendants Angel Noel Guevara, Moris Flores, and Guillermo Herrera are due to be re-sentenced by this Court.

    The parties respectfully request that the status hearing—previously scheduled for August 4, 2020—be re-set to 12 p.m. on September 8, 2020. Each defendant, by and through his counsel, waives

//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER
08-CR-730-WHA                   1

his appearance for this status hearing.

Dated: July 27, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
AJAY KRISHNAMURTHY
Assistant United States Attorney

_____/s/_____
ANN H. MCGLENON
Attorney for Defendant
ANGEL NOEL GUEVARA

_____/s/_____
ALANNA D. COOPERSMITH
Attorney for Defendant
MORIS FLORES

_____/s/_____
MARTIN A. SABELLI
Attorney for Defendant
GUILLERMO HERRERA

## [PROPOSED] ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing for defendants Angel Noel Guevara, Moris Flores, and Guillermo Herrera is re-set to 12 p.m. on September 8, 2020.

**IT IS SO ORDERED.**

Dated: July 27, 2020.

_____
HON. WILLIAM ALSUP
United States District Judge