IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

            Plaintiff,

    v.

GUEVARA,

            Defendant.

Case No.  08-cr-00730-CRB-3

**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE**

Defendant Angel Noel Guevara filed a pro se motion seeking the reduction of his sentence pursuant to 18 U.S.C. § 3582(c), in light of the retroactive effect of Amendment 821, and habeas relief, in the alternative, under 28 U.S.C. § 2241.[1] See Mot. (dkt. 7179). As the Probation Office points out, however, Mr. Guevara is not eligible for a sentence reduction. See Probation Letter (dkt. 7181). Because his Total Offense Level was 43, which carries an advisory guideline range of life, no reduction in his guideline range is applicable. See id. at 1.

Moreover, Mr. Guevara's request for a sentence reduction on equitable grounds may be brought in a motion for compassionate release under Section 3582, but not in a petition for a writ of habeas corpus under Section 2241. See Hall v. Cal., No. CV 25-6738-KK (AS), 2025 WL 2638654, at *3 (C.D. Cal. Sept. 10, 2025) ("[P]lea for compassionate release is not one which federal courts, sitting in habeas . . . are entitled to act upon." (citation modified)); cf. Fernandez v. United States, 146 S. Ct. 1292, 1307 (2026) (holding that the "compassionate release provision is not a vehicle for attacking the

---

[1] While Mr. Guevara purports to seek habeas relief in the alternative, he primarily discusses Section 3582 in his motion. See generally Mot.

validity of a conviction"). Regardless, in the Ninth Circuit, a cognizable habeas claim must be a claim asserting that release or reduction of sentence is "legally required." Pinson v. Carvajal, 69 F.4th 1059, 1072 (9th Cir. 2023) (emphasis in original). Because the Court does not deem that a sentence reduction is legally required, habeas relief is also foreclosed. Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 2, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

2